Dear Clerk of the Court,

    Please file the attached Notice of Appeal, Request for Appointment of Counsel, and Statement of Reasons in the following case.

18:MJ-00048-TJC

    I have been assigned a district court case number however, I do not have it available, and wish for you to file it under that case number.

    I am unable to file these documents as I am confined and burdened with a conflict of interest as explained in my statement of reasons.

RECEIVED

JAN 07 2019

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

Gene C. Collins

    As this is my second attempt to file a Notice of Appeal, please forward these docs to the District Court Clerk for the Presiding Court.

        Thank You,