IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–150–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GENE CHRISTIAN COLLINS, | |
| Defendant. | |

Before the Court is the United States's Unopposed Motion to Dismiss Forfeiture Allegation. (Doc. 42.)

IT IS ORDERED that the motion (Doc. 42) is GRANTED. The forfeiture allegation contained in the indictment (Doc. 17) is DISMISSED.

DATED this 18th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-